**Order filed March 8, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-00834-CR

———————————

**AMANDA NICOLE MALDONADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee.**

**On Appeal from the 174th District Court**
**Harris County**
**Trial Court Cause No. 1298005**

# O R D E R

Appellant is represented by appointed counsel, **Patti Sedita**. Appellant's brief was originally due **December 2, 2011.** We granted a **sixty-day** extension of time to file appellant's brief until February 2, 2012. No brief was filed. On February 14, 2012, notice was sent that the brief was late. On March 1, 2012, appellant filed a motion requesting another sixty-day extension of time to file appellant's brief .

The request is granted in part and denied in part. Accordingly, we order **Patti Sedita** to file a brief with the clerk of this Court on or before **March 30, 2012**. **No further extensions will be granted.**

If **Patti Sedita** does not timely file the brief as ordered, the Court will abate the appeal to the trial court to take such measures as may be necessary to assure effective representation of counsel, which may include the appointment of new counsel.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.